```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICKEY MARCUS, SR.,
                        Plaintiff,                              19 CIVIL 8666 (SLC)

        -v-                                                        JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,
                        Defendant.
-----------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 15, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
October 15, 2020

                                     **RUBY J. KRAJICK**

                                        Clerk of Court

                   BY: _____
                                        **Deputy Clerk**

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 10/15/2020*